R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 1 5 2018

No. 14-50095

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ILED
OCKETED

DATE          INITIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff-Appellee, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL PEPE, | ) |
| | ) |
| Defendant-Appellant. | ) |

---

**APPLICANT INTERVENOR RONALD BOYAJIAN'S NOTICE OF MOTION FOR DISQUALIFCATION OF JUDGE JACQUELINE NGUYEN; MOTION FOR JUDICIAL DISCLOSURE; EXHIBITS**

---

On Appeal from the United States District Court
for the Central District of California

The Honorable Dale S. Fischer, Presiding
No. CR-07-00168-DSF

Ronald G. Boyajian

Register # 33900-112,
U.S. Penitentiary Terre Haute
P.O. Box 33
Terre Haute, IN 47808

Applicant Intervenor,
In Pro Per

## NOTICE OF MOTION FOR DISQUALIFICATION OF JUDGE JACQUELINE NGUYEN; MOTION FOR JUDICIAL DISCLOSURE

Introduction

Applicant has learned of concerning associations and relationships between Judge Nguyen and opposing party and other entities involved in this proceedings. He seeks the disclosure relevant to possible disqualification of Judge Nguyen.

II. **Notice of Motion for Disqualification of Judge Jacqueline Nguyen**

As soon as feasible given his incarceration conditions, Applicant intends to move for disqualification of Judge Jacqueline Hong Ngoc Thi Nguyen from Applicant's proceedings (e.g., 2nd Motion for Reconsideration for grant of leave to intervene, dkt 74, filed 5/14/18). Currently, grounds for disqualification involve personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding, and appearance of bias.

These motions are necessary because Judge Nguyen is departing from arguably the best practices standard by which some circuit judges recuse themselves *automatically* from *every* case where they know, or subsequently learn, "a friend or family member was involved in the case", "a former client or colleague was involved in the case", or because of her "previous government service".[1] Here opposing party and the lawyer appearing

---

[1] Associate Justice [then Judge] Neil **Gorsuch self-recused from 1,095 cases** over his judicial tenure at the Tenth Circuit Court of Appeals on these relationship category grounds. See Judge Neil M. Gorsuch Senate Judiciary Committee Questionnaire Appendix 14: Recusals, exemplar (pp 1-4) attached at Exhibit A, full record 51 pp archived online at https://www.judiciary.senate.gov/imo/media/doc/Appendix%2014.pdf

2

for that party are Judge Nguyen's former employer and former colleague, respectively, as well as Applicant's Prosecuting Office and personal prosecutor, respectively, in *U.S. v Ronald Boyajian* 09-cr-00933-CAS. Applicant believes additional connections exist.

## II.   Motion For Judicial Disclosure

Applicant tenders requests for general and specific disclosures. Applicant requests Judge Nguyen provide disclosures bearing on all matters or circumstances in which her impartiality might reasonably be questioned. Here, the reasonable person must be made aware "of all the surrounding facts and circumstances."[2]

Applicant also request the court for Judge Nguyen to provide specific disclosures:

(1)   All connections between Judge Nguyen and the opposing party and with counsel for the opposing party, including mentorship by opposing party/lawyers, and all previous service as a prosecuting AUSA.

(2)   If husband served as prosecutor, name, dates employed, all connections thereof.[3]

(3)   All connections (Judge Nguyen and or her husband) to all parties and or entities operating "behind the scenes" to this proceedings, including advocacy groups,

---

[2] *Cheney v. United States District Court for the District of Columbia* 541 U.S. 913 at 924 (2004) (mem.) (Scalia, J.) (citing Microsoft Corp. v. United States, 530 U.S. 1301, 1302 (2000)).

[3] The dates of Judge Nguyen's husband's government service *inform the recency of Judge Nguyen's connections to said Office and, potentially, to Applicant's prosecution team including the lawyer for the opposing party* in this proceedings. Connection refer to every relevant prosecutor including but not limited to (from memory) -- **Elizabeth Yang, Debra Wong Yang, Alka Sagar, Patricia Donahue, John Lulejian, Thomas O'Brien, Robert Dugdale, Fred Middleton, Eileen Decker**, etc.

"NGOs", "charitable" organizations, such as, government's partners in

prosecutions and legislation and funding of human "trafficking" interdiction

tools and measures including enacting and processing special immigration status

and benefits for selected minor sex workers living in Asia particularly.

(4)   History of connections with Human Trafficking Committee of the National

Association of Women Judges. See **Trafficking in Persons - Modern Day**

**Slavery. A Program Manual. March 2015** at Exhibit B.

(5)   History of all endorsements GIVEN OR RECEIVED WITH ANY PERSON

ENTITY advocating / legislating / funding measures useful or relevant to

**Protect Act** case prosecutions including but not limited to **Trafficking Victims**

**Protection Act**, including CONNECTIONS TO contractor organizations used in

the government's prosecutions here and abroad in *Boyajian*.

Conclusion

Applicant respectfully requests the cooperation to enable him to proceed on the

most factually informed accurate foundation for preparing a motion for disqualification.

Dated May 11, 2018                    Respectfully submitted,

Ronald Boyajian
Applicant Intervenor, in pro per

4

# EXHIBIT A

(Pages 1-4 of 51)

## PROOF OF SERVICE

I declare under penalty of perjury that on June 11, 2018, I caused to be filed the foregoing **APPLICANT INTERVENOR RONALD BOYAJIAN'S NOTICE OF MOTION FOR DISQUALIFICATION OF JUDGE JACQUELINE NGUYEN; MOTION FOR JUDICIAL DISCLOSURE; EXHIBITS** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by US mail.

I understand that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Additional service by first class U.S. mail, prepaid, is made this date to:

Attorney for Appellant Yuzef Abramov in U.S. v Abramov 16-50104

        Anthony M. Solis, Esq.
        23679 Calabasas Rd Ste 412
        Calabasas, CA 91302-1502

I declare under penalty of perjury the foregoing is true.

Executed on 11 June 2018 in Terre Haute, Indiana.

Ronald Boyajian

5

EXHIBIT A

# JUDGE NEIL M. GORSUCH

# SENATE JUDICIARY COMMITTEE

# QUESTIONNAIRE

## APPENDIX 14

Recusals

| Case No. | Case Name | Reason |
|---|---|---|
| 05-1014 | Ferry v. Webber | I recused because of my previous government service. |
| 05-1028 | Harper v. Ashcroft | I recused because of my previous government service. |
| 05-1206 | Klesch & Company v. Liberty Media | I recused because my friend or family member was involved in the case. |
| 05-1259 | Golan v. Mukasey | I recused because my former client or colleague was involved in the case. |
| 05-1356 | Nguyen v. State Farm Mutual | I recused because my former client or colleague was involved in the case. |
| 05-1386 | Blue Thunder v. Ashcroft | I recused because of my previous government service. |
| 05-1443 | Qwest Corporation v. AT&T Corp. | I recused because my former client or colleague was involved in the case. |
| 05-1456 | Barber v. Webber | I recused because of my previous government service. |
| 05-1489 | Powell v. Aetna Life Insurance | I recused because my former client or colleague was involved in the case. |
| 05-1509 | Hackwell v. United States | I recused because of my previous government service. |
| 05-1511 | Brotherhood v. Union Pacific R.R. | I recused because my former client or colleague was involved in the case. |
| 05-1553 | Stickley v. State Farm Mutual | I recused because my former client or colleague was involved in the case. |
| 05-2181 | Forest Guardians v. Forsgren | I recused because of my previous government service. |
| 05-3391 | Hysten v. Burlington Northern | I recused because my former client or colleague was involved in the case. |
| 05-4023 | Liverman v. Bush | I recused because of my previous government service. |
| 05-4058 | Saville v. Intl. Business | I recused because my friend or family member was involved in the case. |
| 05-4204 | Ridgeway v. Fleet Credit Card Svcs., L.P. | I recused because my former client or colleague was involved in the case. |
| 05-5081 | Atkins v. SBC Communications | I recused because my former client or colleague was involved in the case. |
| 05-5137 | Burlington Northern v. SPIN-GALV | I recused because my former client or colleague was involved in the case. |
| 05-6129 | Alvarez v. Ashcroft | I recused because of my previous government service. |
| 05-8038 | North American Spec. v. Correctional Medical | I recused because my former client or colleague was involved in the case. |
| 05-8082 | North American Spec. v. Correctional Medical | I recused because my former client or colleague was involved in the case. |
| 05-8106 | Eastman v. Union Pacific | I recused because my former client or colleague was involved in the case. |
| 05-9500 | Liapouri v. Ashcroft | I recused because of my previous government service. |
| 05-9501 | Valdivia v. Ashcroft | I recused because of my previous government service. |

1

| 05-9504 | Maerschalck v. Ashcroft | I recused because of my previous government service. |
|---|---|---|
| 05-9526 | Fetous v. Gonzales | I recused because of my previous government service. |
| 05-9528 | Saeed v. Gonzales | I recused because of my previous government service. |
| 05-9541 | Mulianto v. Gonzales | I recused because of my previous government service. |
| 05-9560 | Hamilton v. Gonzales | I recused because of my previous government service. |
| 05-9566 | Kalule v. Gonzales | I recused because of my previous government service. |
| 05-9569 | Brue v. Gonzales | I recused because of my previous government service. |
| 05-9573 | Essuman v. Gonzales | I recused because of my previous government service. |
| 05-9575 | Garcia-Ortiz v. Gonzales | I recused because of my previous government service. |
| 05-9578 | Thorn v. Gonzales | I recused because of my previous government service. |
| 05-9582 | Sosa-Valenzuela v. Gonzales | I recused because of my previous government service. |
| 05-9585 | Abiodun v. Gonzales | I recused because of my previous government service. |
| 05-9599 | Onogwu v. Gonzales | I recused because of my previous government service. |
| 05-9600 | Mondal v. Gonzales | I recused because of my previous government service. |
| 05-9604 | Luntungan v. Gonzales | I recused because of my previous government service. |
| 05-9605 | Asagwara v. Gonzales | I recused because of my previous government service. |
| 05-9606 | Sarr v. Gonzales | I recused because of my previous government service. |
| 05-9607 | Serva-Lozano v. Gonzales | I recused because of my previous government service. |
| 06-0605 | Chemtura v. Urethane Antitrust | I recused because my former client or colleague was involved in the case. |
| 06-0702 | Mobil Oil Corp. v. Weber | I recused because my former client or colleague was involved in the case. |
| 06-0704 | McMurtry v. Aetna Life Insurance | I recused because my former client or colleague was involved in the case. |
| 06-0705 | McMurtry v. Aetna Life Insurance | I recused because my former client or colleague was involved in the case. |
| 06-1070 | In Re: Qwest Communications | I recused because my former client or colleague was involved in the case. |
| 06-1088 | In re: Sikder | I recused because of my previous government service. |
| 06-1132 | Qwest Corporation v. Public Utilities CO | I recused because my former client or colleague was involved in the case. |
| 06-1425 | Fort Peck Housing Authority v. US Dept. of HUD | I recused because of my previous government service. |
| 06-1442 | Campfield v. State Farm Mutual Auto Ins. Co | I recused because my former client or colleague was involved in the case. |
| 06-1447 | Fort Peck Housing Authority v. US Dept. of HUD | I recused because of my previous government service. |

2

14-000003

| 06-1467 | Campfield v. State Farm Mutual Auto Ins. Co | I recused because my former client or colleague was involved in the case. |
|---------|---------|---------|
| 06-1469 | Campfield v. State Farm Mutual Auto Ins. Co | I recused because my former client or colleague was involved in the case. |
| 06-1477 | New England Health v. Qwest Communications | I recused because my former client or colleague was involved in the case. |
| 06-1482 | New England Health v. Woodruff | I recused because my former client or colleague was involved in the case. |
| 06-1504 | Weise v. Casper | I do not recall the reason for recusal. |
| 06-1507 | Rathbun v. Qwest Communications | I recused because my former client or colleague was involved in the case. |
| 06-1511 | Coalition for Equal v. Ritter | I do not recall the reason for recusal. |
| 06-1516 | Weise v. Casper | I do not recall the reason for recusal. |
| 06-1531 | May v. Travelers Property | I recused because my former client or colleague was involved in the case. |
| 06-1533 | Sanders v. City of Aurora | I recused because my friend or family member was involved in the case. |
| 06-3099 | United States v. Kaufman (Linda) | I do not recall the reason for recusal. |
| 06-3124 | United States v. Kaufman (Linda) | I do not recall the reason for recusal. |
| 06-3125 | United States v. Kaufman (Arlan) | I do not recall the reason for recusal. |
| 06-3213 | Governor, State of KS v. Norton | I do not recall the reason for recusal. |
| 06-3215 | In re: Wellington | I recused because of my previous government service. |
| 06-3290 | Kansas Judicial v. Stout | I do not recall the reason for recusal. |
| 06-3361 | Rivera v. Sebelius | I recused because of my previous government service. |
| 06-3370 | Von Kahl v. United States Parole | I recused because of my previous government service. |
| 06-3402 | Via Christi v. Leavitt | I recused because of my previous government service. |
| 06-4021 | Qwest Corporation v. Public Service | I recused because my former client or colleague was involved in the case. |
| 06-4070 | Fullwiley v. Union Pacific Corp. | I recused because my former client or colleague was involved in the case. |
| 06-4073 | Tademy v. Union Pacific Corp. | I recused because my former client or colleague was involved in the case. |
| 06-4132 | MediaNews Group v. McCarthey | I recused because my former client or colleague was involved in the case. |
| 06-4188 | Sunrise Valley v. Norton | I do not recall the reason for recusal. |

3

14-000004

# EXHIBIT B

# *The National Association of Women Judges*



# Trafficking in Persons - Modern Day Slavery
# A Program Manual

### CREATED AND COMPILED BY:

**Hon. Reneé Forgensi Minarik**

**Hon. Arline Pacht and**

**Hon. Elizabeth Lee**

**In conjunction with New York State Judicial Committee
on Women in the Courts**

*and*

**The National Association of Women Judges Immigration
and Human Trafficking Committees**

March 2015

# TABLE OF CONTENTS

Acknowledgments ................................................................................................................ 2

Purpose ............................................................................................................................... 3

Introduction ........................................................................................................................ 4

Human Trafficking Subcommittee Mandate ...................................................................... 4

Preparation.......................................................................................................................... 6

    Audience ......................................................................................................................... 6

    Date ................................................................................................................................ 6

    Venue ............................................................................................................................. 7

Financial Considerations..................................................................................................... 7

    Cost Factors.................................................................................................................... 7

    Funding Sources ............................................................................................................ 7

    Potential Program Partners............................................................................................ 8

Publicity .............................................................................................................................. 9

Program Implementation .................................................................................................... 9

Mechanics ........................................................................................................................... 9

    Presentation ................................................................................................................... 10

    Sample Program Formats for Sex Trafficking.............................................................. 13

    National Judicial College "Human Trafficking: What Judges
    Need to Know" (sample modules) ................................................................................ 19

    National Judicial College "Labor Trafficking: What Judges
    Need to Know" (sample PowerPoint presentation)....................................................... 23

Appendices.......................................................................................................................... 24

    A.  Films, Videos, Books and Periodicals on Trafficking.................................................. 25

    B.  NAWJ Human Trafficking Survey ............................................................................... 33

    C.  Sample Press Release and Media Release Forms ......................................................... 39

    D.  Sample Evaluation Form and Sign In Sheet................................................................. 41

    E.  Legal Precedents .......................................................................................................... 42

    F.  Legislation ................................................................................................................... 43

    G.  Uniform Act on Prevention of and Remedies for Human Trafficking............................ 45

    H.  Other Resources........................................................................................................... 46

# Acknowledgements

The NAWJ and its Human Trafficking Committee, chaired by Hon. Elizabeth Lee,[1] is immeasurably grateful to the New York State Judicial Committee on Women in the Courts[2] under the leadership of its Chairperson, the Hon. Betty Weinberg Ellerin, past President of NAWJ. Justice Ellerin wisely formed a New York-based Human Trafficking Subcommittee headed by the Hon. Reneé Forgensi Minarik who prepared the original version of the current training guide for use through-out New York State. That program guide inspired and served as the model for the present document. Special acknowledgments are given to (1) the Hon. Joan Churchill, Chair of the Immigration Committee and past President of NAWJ, for her active participation in the Human Trafficking Committee's work, including this project; (2) past President Anna Blackburne-Rigsby and President Julie Franz for their ongoing support of NAWJ's Human Trafficking programs; (3) Drs. John Martin, Steven Weller and David Price of the Human Trafficking and State Court Collaborative for their ongoing technical assistance in editing and publishing this Guide, (4) the State Justice Institute for its generous and continued support of NAWJ's Human Trafficking programs, and (5) the Hon. Reneé Forgensi Minarik's interns, Catherine M. Fafone and Bridget M. Alberts, who deserve special credit for researching and assembling the voluminous sources of information contained in the Appendix.

[1] Human Trafficking Committee members: Chair, Hon. Elizabeth Lee, Hon. Ann Breen-Greco, Hon. Cason Laminya, Hon. Joan Churchill, Hon. Beverly Cutler, Hon. Betty Ellerin, Hon. Michelle Hollar-Gregory, Sally ("Salwa") Kader, Hon. Mary Kelly, Hon. Gladys Kessler, Hon. Carol King, Hon. Joyce Lobrano, Hon. Patricia Lynch, Hon. Patricia McInerney, Hon. Reneé Forgensi Minarik, Director Marla Moore, Hon. Jacqueline Nguyen, Hon. Arline Pacht, Christina Sarchio, Esq., Hon. Toko Serita, Hon. Cathy Serrette, Hon. Sheva Sims, Hon. Carolyn Temin, Referee Claire Vermillon, Hon. Julia Weatherly, Dr. John Martin, Dr. Steve Weller.

[2] Hon. Sylvia O. Hinds-Radix, Hon. Deborah Kaplan, Hon. Marilyn L. O'Connor, Hon. Toko Serita, Hon. John Sweeny, Jr., Jill Laurie Goodman, Esq., Charlotte A. Watson.



# Purpose

This Program Manual is designed for NAWJ District Directors, Chapter Presidents, State Chairs, and other NAWJ leaders planning meetings and conferences, to help them design a program that provides education on the complicated and often hidden topic of Trafficking in Persons - Modern Day Slavery. Human Trafficking is a global issue, affecting the United States as well as countries all around the world. It impacts our judicial system with both United States citizen and noncitizen victims and perpetrators appearing before us. The types of cases presented in which trafficking victims and perpetrators appear will vary greatly. In addition, the phenomenon of human trafficking affects us in the United States through products we import, manufactured by trafficked [slave] labor. The purpose of the training is to build awareness about human trafficking in order to recognize cases in which it is a factor, awareness about available services for survivor victims, and awareness of challenges in dealing with survivors and finding strategies to address the complex legal problems posed.

# Introduction

## The National Association of Women Judges

### Who We Are

Since its formation in 1979, the NAWJ has fought to preserve judicial independence, ensure equal justice and access to the courts for women, minorities, and other historically disfavored groups, and achieve fairness and equality for vulnerable populations. Led by two visionary women - Justice Joan Dempsey Klein and Justice Vaino Spencer - 100 resolute women judges formed an organization dedicated to the above ideals in 1979. By developing judicial leaders and increasing the number of women on the bench at all levels so that the judiciary more accurately reflects the role of women in a democratic society, the NAWJ is committed to providing gender-fair decisions for both male and female litigants.

### Programs

Throughout its history, NAWJ's members, committed to fairness in the courts and equal access to justice under the rule of law, have created educational programs on cutting-edge issues such as the treatment of women in prison and problems facing immigrants in our court system.

# The NAWJ's Human Trafficking Committee's Mandate

In May 2010, the International Association of Women Judges membership unanimously approved a resolution adopting human trafficking as their worldwide priority issue. Soon thereafter, NAWJ's then President, Chief Justice Dana Fabe asked Judge Carolyn Temin, a former NAWJ President, to create a committee to develop a training program that NAWJ members could implement in their respective jurisdictions to prepare their colleagues and other members of their legal and judicial systems to address the insidious evil of modern day sexual slavery. This program guide is the first step taken toward that goal.

While this manual does not offer the components of a substantive training program, it does propose the steps that stakeholders in state and federal jurisdictions may consider as they prepare training programs intended to address the complex legal problems posed when human beings are coerced into modern day slavery. This manual includes sample formats for programs that address when persons are trafficked for commercial and sexual exploitation and for forced labor. A trafficking awareness program for high school and middle school youth, created by District Four and Judge Toni Clark, will be made available to members in the near future.

Members seeking more detailed knowledge about human trafficking are encouraged to access the Human Trafficking and the State Courts Collaborative website[3]. This website has resource materials including bench cards for judges and practitioners. The recently published "A Guide to Human Trafficking for

---

[3] www.htcourts.org



State Courts", which is accessible through the website, contains detailed chapters covering Community Courts and Specialized Dockets, Human Trafficking and Immigrant Victims, Child Trafficking Victims and the State Courts, Identifying and Responding to Sex Trafficking, Ethical Issues for Judges and Court Practitioners, The Affordable Care Act, Tribal Justice and Sex Trafficking, the Complexities of Language and Culture in Human Trafficking Cases, Labor Trafficking and Educational Resources. NAWJ is a partner in the Human Trafficking and State Courts Collaborative and has made many contributions to the material contained in the website. This Collaborative is a joint effort by several of the most respected state court support and education organizations sponsored by the State Justice Institute to address human trafficking in the state courts[4].

Members seeking more detailed guidance on how to educate other judges about human trafficking are encouraged to access the National Judicial College website[5]. The National Judicial College (NJC) has given NAWJ permission to use their substantive training guide "Human Trafficking: What Judges Need to Know"[6]. The NJC teaching curriculum may also be used as a judicial "train the trainer" program as it contains both instructor and student modules to facilitate training of other judges in your jurisdiction. A sample of the program modules created by the NJC and a power point presentation on labor trafficking are included in the training guide.

The attached Appendix to this manual also contains a comprehensive list of additional resources that might be useful when organizing a conference around a particular area of human trafficking[7]. Citation to these resources does not constitute an endorsement by the NAWJ of any of the opinions or positions expressed by the authors or their organizations.

---

[4] Other partners include the Center for Public Policy Studies, the National Judicial College, the Center for Court Innovation, Legal Momentum, and the National Council of Juvenile and Family Court Judges.

[5] www.judges.org

[6] That link is provided in Appendix H, Other Resources, Websites.

[7] The NAWJ's resource guide "Conference in a Box" is another resource for those members planning a district wide conference.

Trafficking in Persons - Modern Day Slavery

# Preparation

## Audience:

The program might be designed for a meeting of NAWJ members and prospective members or for a wider audience of professionals in related fields.

The following list of potential audience members is not intended to be exhaustive, nor suggest that all groups are to be included at the same program. You may wish to narrow your focus and target a specific group.

- Judges
- Law Clerks
- Court Clerks
- Social Workers
- Drug Treatment Providers
- Mental Health Providers
- Law Enforcement
- Probation and Parole Officers
- Defense Bar
- Prosecutors
- Immigration Organizations
- Veteran's Organizations
- Clergy and Congregations
- High Schools (where appropriate)
- Child Advocacy Groups
- Youth Groups

## Date:

Check community listings, area sports schedules and concert information for major draws that could impact attendance by your audience and your speakers and the availability of your intended venue. School and work holidays may also impact your plan. You might also check state and local continuing legal education calendars and special event calendars. If you have little experience in conference planning consider asking others, e.g., the executive director of your bar association, for advice on what works best for your community.

---

[8] Include Trial Judges where appropriate.

 *National Association of Women Judges*    6

## Venue:

In selecting a venue, consider location and accessibility, comfort of the room, well-lighted, properly heated or air conditioned; ample space to seat participants at tables for interaction and small group problem solving rather than linear lecture style to promote interactivity, if time permits and your program dictates.

Hotels may be willing to negotiate room and audio visual charges during "slow" periods in your area.

Consider alternative venues such as a law school, college or other educational institutions. They may co-sponsor training and donate space and equipment, especially if training is scheduled during a school break.

Bar Association facilities may have space to accommodate the program. Typically they will not charge for an event such as this. They also may be interested in co-sponsoring the program.

Community and religious organizations may also be able to host your program. They also may be interested in co-sponsoring or underwriting, where appropriate, a portion of the program expenses.

# Financial Considerations

## Cost Factors:

**Venue** - Room rental, audio visual equipment and catering costs: consider requesting a local law school to co-sponsor and donate space. Hotels may be willing to provide complimentary meeting spaces for conferences involving hotel guests and/or receptions.

**Meals and Refreshments** - Quantity and quality and service affect costs.

Printing - Registration and evaluation forms, brochures, written materials including trainers' biographies, copies of this manual, relevant case law, legislation and resource lists.

**Postage** - Mailing registration forms and brochures, correspondence with your panelists and planning committee members if electronic communication is not practical. These costs could be minimized by the use of e-mail notices and promotion on the NAWJ website.

**Marketing** - Paid advertising as local custom dictates.

**Speakers** - Honoraria, fees and/or travel expenses. (Note: NAWJ policy generally does not permit payment of honoraria or speakers' fees). Travel expenses can be avoided if local speakers are engaged. If it is necessary to bring in a speaker from another location, the number of such speakers should be minimized.

## Funding Sources (if needed):

**In kind contributions** - Co-sponsors could request their members to advertise the conference. Printing and mailing costs and/or room "rent" may be provided by co-sponsors. Also, volunteers may assist in staffing registration and distributing materials.

**"Cash"** - Some organizations will want to assist because they believe in the goal of increasing awareness of

the issue. An organization may be willing to cover the costs of a coffee break or the speaker's lunches for a listing on the program and/or five minutes to address the participants. Any donation must fall within the canons of judicial ethics. Any questions regarding judicial ethics should be addressed.

**NAWJ Assistance** - The annual District allotment could be tapped, with permission of the District Director, but note, those funds are usually very limited (typically only $500 annually). Separate District funds might be available, with permission of the District Director. The program might be held jointly with another NAWJ event, already scheduled. NAWJ project funds donated by the State Justice Institute for District Programs on human trafficking might be available. (Check with headquarters.) Corporate or law firm partners and/or local, state or national bar associations might be interested in sponsoring the program (coordinate with NAWJ's Executive Director).

**Registration Fees** - Consider charging a registration fee to cover costs such as food, printing, postage and/or venue.

## Potential Program Partners:

Organizers may decide to solicit one or more organizations as co-sponsors for their program. Consider the following organizations, among others, as potential co-sponsors:

- Lawyers' Local, State and National Bar Associations
- Human Trafficking Victim Service Providers
- Domestic Violence or Sexual Assault Service Providers
- Children's Service Providers, e.g., Big Brothers, Big Sisters
- Child Advocate Groups, e.g., ECPAT USA, CASA,
- Society for Prevention of Cruelty to Children
- Center for Court Innovation
- Coalitions Against Trafficking
- Criminal Justice Services (DCJS)
- Equality Now
- Federal and State Agencies that deal with Domestic Violence or Criminal Justice Services.
- Polaris Project
- Shared Hope
- NGO's working on Human Trafficking
- Community Service Organizations, e.g. Soroptomist, Rotary, Lions Club

Also determine whether any bar association, domestic violence, human trafficking or sexual assault victim service provider, any feminist and LGBT organizations and law schools would be a willing and helpful co-sponsor. Partner organizations may agree to cover specific costs such as coffee breaks, speakers' luncheons or room rates in return for recognition in the program and special opportunities to meet with speakers. Any donation must comply with the canons of judicial ethics. Questions regarding ethical issues for donations or partnering should be addressed to the appropriate advisory committee.

If your jurisdiction uses Continuing Legal Education (CLE) credits, consider partnering with an accredited CLE provider and make the program eligible for CLE credit. NAWJ can often assist and request CLE accreditation for you (check with headquarters).

## Publicity

Once you have identified your audience, there may be opportunities within each of these organizations to advertise this program through internal newsletters, e-blasts or websites. If the program has been accredited for CLE credit, include that fact on any notice.

**Free Publicity** - Consider sending a press release to legal community papers, public radio programs, community event calenders, newspapers and television stations. You might also be able to post notices in courthouses, colleges and law schools with their consent.

**Speakers** - A high profile speaker can generate free press. Work with that individual to develop an appropriate press release.

**Websites** - Local bar associations, state bar associations, Facebook, Twitter and any electronic means of communication used by co-sponsors and members of your target audience that are willing to pass along information. Keep the local media informed, for it may lead to live coverage of the training program. Be sure to follow the protocols of your jurisdiction in any contact with the media.

A sample press release and a sample media release form is provided in Appendix C.

# Program Implementation

## Mechanics

### Supplies

You will need to prepare and/or acquire the following items:

- Name tags (pre-printed or blank)
- Sharpie and regular ink pens
- Regular pens and paper for note taking
- Tent cards for dais panelists and speaker(s)
- Laptop for PowerPoint and/or video presentations



- Agendas
- Program Material including video(s)
- Registration list - sign in and sign out if needed
- Program evaluation and collection box

## Staff and Volunteers

Designate person(s) to accurately track registration information - names, payment, (where applicable), lunch or dinner selection (where applicable). Prior to the program, an alphabetical list of attendees should be compiled for the check-in process and name tags should be printed. See the suggestion under registration below. Staff will also coordinate audio visual equipment needs, keep the venue apprised of any changes in needs and a headcount for food, copying handout documents, and serve as a point of contact prior to the event.

## Registration

*Prior to the Event:*

Using a free, online registration tool, e.g., Eventbrite.com, to register participants in advance will facilitate headcounting for catering and photocopying, creating printed name tags and pre-printed sign-in sheets. The tool also can automatically send registration confirmation and a reminder notice to registrants.

*At the Event:*

Check-in attendees, distribute name tags, process on-site registrations. Ensure that the registration process meets CLE requirements where appropriate. Distribute conference material, be available to answer questions and collect program evaluations. Offering program partners table space to supply attendees with material about their organizations could encourage their participation.

*Post Event:*

Compile an evaluation report for planners and presenters. Meet CLE requirements where appropriate.

# Presentation

## Speaker and Trainer Selection

Effective training depends on articulate speakers and trainers who are experts in their respective fields. Individuals who read their papers or lack knowledge of the complexities of human trafficking can undermine the best efforts to present stimulating, memorable training. NAWJ encourages the use of speakers who are NAWJ members including members of the Resource Board. NAWJ also encourages finding speakers from the local community to minimize the costs of the program. While it is not necessary for presenters to be attorneys, your jurisdiction's CLE requirements may dictate otherwise. Note: If you decide to invite a trafficking survivor to participate, it may boost audience engagement, however care should be given to ensure that a trafficking survivor's identity remains confidential for security purposes, if necessary. Avoid further exploitation of the survivor by providing appropriate reimbursement for travel

expenses and his or her time. Also, be sensitive about the substance of the presentation, survivors may need more latitude in terms of what he or she may be comfortable sharing with an audience.

## Program Duration

Consider the needs of your audience and what has been acceptable in past trainings. Formats for programs of varying lengths are appended. However, we suggest that no program be less than one hour. Formats for day long programs also are appended with options for a keynote speaker either at a luncheon or dinner.

Timekeepers should inconspicuously alert speakers when their allotted time to present nears conclusion. Sufficient time should be allowed for a question and answer period following each speaker, even if the program is of short duration. If the audience is sizeable, microphones should be placed strategically to facilitate "Q and A".

## Panels

The sample formats provide general descriptions of groups in your district that may know of individuals who could speak to the issue.

Potential Panelists might include

- Judges
- Attorneys
- Elected officials
- Academics
- Journalists
- Service providers
- Survivors
- Leaders and staff of organizations working in the field such as Polaris or Shared Hope
- Humanity United
- State and federal government agency representatives
- Law enforcement officials

Note: If the program is sponsored by the court, and either the prosecution or defense is invited to present, representatives of both must be invited.

## Written Materials

In addition to an agenda outlining the program and brief paragraphs identifying the speakers/trainers, presenters should be requested to submit a copy of their materials, including power point presentations, to a designated member of the planning committee, at least one week prior to the training session so that they may be copied for distribution to the audience at the outset of the program. (N.B. If providing continuing



legal education credits, check with accrediting authority for requirements.) Speakers should also be encouraged to provide their written materials, including power point presentations, to the NAWJ office a week before the conference or program. Consider encouraging speakers to download their material on flash drives and bring them to the site to facilitate downloading to the participants on site. Reference materials can also be stored in this manner, reducing printing costs and providing easy transport of the conference or program materials. Appropriate audio visual equipment such as laptops, projectors and screens should be made available.

## Audio Visual Presentations

Each of the following three proposed formats suggests that a relevant video or film be presented at the outset of the program. Sound and/or video equipment should be tested to assure that it is in good working order. On site equipment should be compatible with any laptop and/or flash drive brought by a speaker. It may be helpful to know who, on site, may be available to assist in the event of a problem with the AV equipment and a contact number.

## Program Formats Generally

Formats might involve a single speaker, or a panel of experts or a combination of both. A short relevant video or film clip might be presented at the outset or during the program. The program might be geared as a general overview, with a short program providing a general introductory overview; or a more lengthy, comprehensive program, or the program might be focused on a subset of the issues such as:

- Sex trafficking
- Labor trafficking
- Trafficking of minors
- Services available for survivors
- Immigration issues relating to human trafficking
- Corporate responsibilities

For longer programs, consider including a breakout session so that participants can engage directly with the panelists and/or speakers.

# Trafficking in Persons – Modern Day Slavery



## SAMPLE PROGRAM FORMATS

**One-Hour Program**

**Two-Hour Program**

**Lunch Program**

**Dinner Program**

Trafficking in Persons - Modern Day Slavery

## One-Hour Program

| | |
|---|---|
| 30 minutes | Registration |
| 10 minutes | Welcome: Overview, introduce panel and film |
| 10 minutes | Video "Making of a Girl" - GEMS or Presentation by a trafficked survivor |
| 10 minutes | The Buyers: (who will introduce speakers?) |

  ◆ Who pays for sex?

  ◆ How do buyers operate and how do they find victims?

  ◆ How do they view themselves? (*John* Websites)

  ◆ What is the likelihood of their chances of being arrested, convicted and sanctioned?

  ◆ How are *Johns* treated in the court system?

  ◆ Why are they important in looking at trafficking?

| | |
|---|---|
| 10 minutes | The Bought: (presenter name) |

  ◆ Who are the victims? Age? Place of origin (foreign/domestic)?

  ◆ Why and how do they become trafficked victims?

  ◆ What happens to them once they have been lured by traffickers into the sex industry?

  ◆ What services do they need once they have escaped from their traffickers?

| | |
|---|---|
| 10 minutes | The Business: (presenter name) |

  ◆ Where, and how, does the sex trafficking business thrive?

  ◆ What are the various types of sex trafficking operations?

  ◆ What tools can prosecutors use to identify and combat trafficking operations?

| | |
|---|---|
| 10 minutes | The Brace: (presenter name) |

  ◆ What kinds of intervention can Courts make?

  ◆ What kinds of interventions are your courts making?

  ◆ How do we identify and support sex trafficking victims?

| | |
|---|---|
| 10 minutes | Q & A |

## Two-Hour Program

| | |
|---|---|
| 30 minutes | Registration |
| 10 minutes | Welcome: Overview, introduce panel and first film |
| 10 minutes | Video "Making of a Girl" - GEMS (See Appendix A) or Presentation by a trafficked survivor. |
| 15 minutes | The Buyers: (who will introduce speakers?) |

  ◆ Who pays for sex?

  ◆ How do buyers operate and how do they find victims?

  ◆ How do they view themselves? (*John* Websites)

  ◆ What is the likelihood of their chances of being arrested, convicted and sanctioned?

  ◆ How are *Johns* treated in the court system?

  ◆ Why are they important in looking at trafficking?

| | |
|---|---|
| 15 minutes | The Bought: (presenter name) |

  ◆ Who are the victims? Age? Place of origin (foreign/domestic)?

  ◆ Why and how do they become trafficked victims?

  ◆ What happens to them once they have been lured by traffickers into the sex industry?

  ◆ What services do they need once they have escaped from their traffickers?

| | |
|---|---|
| 15 minutes | The Business: (presenter name) |

  ◆ Where, and how, does the sex trafficking business thrive?

  ◆ What are the various types of sex trafficking operations?

  ◆ What tools can prosecutors use to identify and combat trafficking operations?

| | |
|---|---|
| 20 minutes | Video "What I Have Been Through Is Not Who I Am" by ECPAT USA (See Appendix A) |
| 15 minutes | The Brace: (presenter name) |

  ◆ How and to what extent can courts intervene?

  ◆ What kinds of interventions are your courts making?

  ◆ How do we identify and support sex trafficking victims?

| | |
|---|---|
| 15 minutes | Q & A |

Trafficking in Persons - Modern Day Slavery

## Lunch Program

| | |
|---|---|
| 8:30 - 9:00 a.m. | Registration |
| 9:00 - 9:15 a.m. | Welcome & Overview |

- ◆ Designee welcomes attendees, speakers, panelists, co-sponsors
- ◆ Briefly discuss agenda and objectives

9:15 - 10:00 a.m.  Opening Address

- ◆ May be done by Program Chair
- ◆ May include video "Making of a Girl" by GEMS (See Appendix A)
- ◆ May include presentation by a trafficked survivor

10:00 - 11:45 a.m.  The Buyer and the Bought

- ◆ Who pays for sex?
- ◆ How do buyers operate and how do they find victims?
- ◆ What are their views of themselves? (*John* Websites)
- ◆ What are the chances of being arrested? Convicted? Being Sanctioned?
- ◆ How are *Johns* treated in the court system?
- ◆ Why are they important in looking at trafficking?
- ◆ Who are the victims? Age? Place of origin (foreign/domestic)?
- ◆ Why and how do they end up trafficked?
- ◆ What happens to them once they have been lured by traffickers into the sex industry?
- ◆ What kinds of services do they need once they have left their traffickers?

11:45 - 12:45 p.m  LUNCHEON

- ◆ Prior to keynote address, discuss afternoon agenda, give any announcements, acknowledgments and thanks to planning committee, volunteers, staff, co-sponsors, speakers, etc.
- ◆ Introduce Keynote speaker

12:45 - 1:30 p.m.  KEYNOTE ADDRESS: The committee recommends inviting a Trafficking Survivor to deliver the Keynote Address, if appropriate.

1:45 - 3:00 p.m.  The Business & The Brace

- ◆ Where, and how, does the sex trafficking business thrive?

        ◆ What are the various kinds of sex trafficking operations?

        ◆ What tools can prosecutors use to go after trafficking operations?

        ◆ What kinds of intervention can courts make?

        ◆ What kinds of interventions are your courts making?

        ◆ How do we identify and support sex trafficking victims?

            • Consider showing "What I Have Been Through Is Not Who I Am" by ECPAT USA (See Appendix A)

**3:00 p.m.**    Closing

        ◆ Collect Program Evaluations

            • Comply with CLE requirements for your jurisdiction, if applicable

## Dinner Program

**3:00 - 3:30 p.m.**    Registration

**3:30 - 3:45 p.m.**    Welcome & Overview

        ◆ Designee welcomes attendees, speakers, panelists, co-sponsors

        ◆ Briefly discuss agenda and objectives

**3:45 - 4:00 p.m.**    Opening Address

        ◆ May be done by the Committee Chair

        ◆ May include video "Making of a Girl" by GEMS (See Appendix A). Available on Netflix site or download from Rachel Lloyd of GEMS, Making of a Girl, description of what it may feel like for a trafficked girl, set to music (5mins).

        ◆ May include presentation by a trafficked survivor

**4:00 - 5:45 p.m.**    The Buyer & The Bought

        ◆ Who pays for sex?

        ◆ How do buyers operate and how do they find victims?

        ◆ What are their views of themselves? (*John* Websites)

        ◆ What are the chances of being arrested? Convicted? Being Sanctioned?

        ◆ How are *Johns* treated in the court system?

        ◆ Why are they important in looking at trafficking?



◆ Who are the victims? Age? Place of origin (foreign/domestic)?

◆ Why and how do they end up trafficked?

◆ What happens to them once they have been lured by traffickers into the sex industry?

◆ What kinds of services do they need once they have left their traffickers?

5:45 - 6:45 p.m.    DINNER

◆ Prior to Keynote address discuss afternoon agenda, give any announcements, acknowledgments and thanks to planning committee, volunteers, staff, co-sponsors, speakers, etc.

◆ Introduce Keynote speaker

6:45 - 7:30 p.m.    KEYNOTE ADDRESS: The committee recommends inviting a Trafficking Survivor to deliver the Keynote Address, if appropriate.

7:30 - 8:45 p.m.    The Business & The Brace

◆ Where, and how, does the sex trafficking business thrive?

◆ What are the various kinds of sex trafficking operations?

◆ What tools can prosecutors use to go after trafficking operations?

◆ What kinds of intervention can courts make?

◆ What kinds of interventions are your courts making?

◆ How do we identify and support sex trafficking victims?

  • Consider showing "What I Have Been Through Is Not Who I Am" by ECPAT USA (See Appendix A)

8:45 - 9:00 p.m.    CLOSING

◆ Collect Program Evaluations

◆ Comply with CLE requirements for your jurisdiction, if applicable



THE NATIONAL
JUDICIAL COLLEGE

# The National Judicial College's Human Trafficking: What Judges Need to Know

## Contents of a General Course

The National Judicial College (NJC) and its partners drafted the following curriculum for state trial judges who will confront these cases. By the publication date of this curriculum, the collaborative will have pilot tested the curriculum in at least seven states. The collaborative also will have taught judges via webcast. The courses employ group exercises, problem-solving scenarios and cases studies. Participants engage in learning through the application of adult learning principles to assist them in understanding the intricacies of the crime of human trafficking.

This curriculum will assist trial judges in understanding the Trafficking Victims Protection Act (TVPA), human trafficking in the U.S., state laws regarding human trafficking , perpetrators and victims, immigration issues, penalties, sentencing issues, restitution and forfeiture. With its partners, NJC developed the curriculum to be presented in three to five hours, depending upon the faculty member's pace. Faculty members may customize the material for other time frames. The curriculum provides a variety of interactive teaching methods to promote higher retention rates. Faculty members can review the resource materials included with the curriculum to give them additional background and information. NJC designed the curriculum for use at a national conference, but a presenter can modify it for state or local judicial conferences. Indeed, as part of the materials on the NJC's Cloud, PowerPoint slides available from a number of previous state-specific presentations are available.

## Overall Learning Objectives

NJC designed this curriculum as an introductory overview of human trafficking. Depending upon the methods and breadth of presentation, it will take approximately three to five hours to present in its entirety. At the conclusion of the entire curriculum, participants should be able to:

- Define "human trafficking;"
- Analyze human trafficking statutes;
- Apply human trafficking statutes to case studies;
- Identify the prevalence of the crime in the U.S.;
- Differentiate the ways in which domestic victims are trafficked versus international victims;
- Identify state statutory schemes for human trafficking;



- Summarize methods of human traffickers
- Identify types of human traffickers;
- Describe processes of domestic sex traffickers;
- Identify international recruitment methods of victims;
- Differentiate how traffickers target domestic victims;
- Define why victims do not escape;
- Identify ways that immigrant victims enter the country;
- Differentiate different types of "aliens";
- Summarize different types of immigration remedies available to victims;
- Identify the federal penalties for peonage, slavery, forced labor and trafficking;
- Summarize sentencing factors that require consideration;
- Locate resources for assessing the risk offenders; and
- Identify common state restitution and forfeiture statutory schemes.

## Module 1: Trafficking Victims Protection Act (TVPA)

This module includes a variety of learning activities including lecture, large group discussions, small group discussions (if preferred), quizzes, and case studies. This module is the largest of the curriculum. It sets forth the federal statutory structure for human trafficking cases and provides the opportunity for the participants to apply them to case studies.

**Approximate time for Module 1:** Module 1 will take between 1 and 2 hours, depending upon the amount and types of activities used and the presenter's teaching style.

**Module 1 Learning Objectives:** At the conclusion of this module, participants will be able to:

- Define human trafficking;
- Analyze human trafficking statutes; and
- Apply human trafficking statutes to case studies.

**Supporting documents:** In addition to the PowerPoint slides printed three slides per page, the presenter may wish to use the following documents found here: http://tinyurl.com/NJC-Human-Trafficking.

- Case Study, Indonesian Laborer
- Case Study, Vietnamese Laborer
- Case Study, Guatemalan Sex Worker

## Module 2: Human Trafficking in the U.S.

This module includes lectures and a quiz, in this module, the participants will be able to explore the difference between deportability and inadmissibility. Also, they will learn about permanent bars to naturalization.

**Approximate time for Module 2:** Module 2 will take between 1 and 2 hours, depending upon the amount and types of activities used and the presenter's teaching style.

**Module 2 Learning Objectives:** At the conclusion of this module, participants will be able to:

- Identify the prevalence of the crime in the U.S.; and
- Differentiate the ways in which domestic victims are trafficked versus international victims.

## Module 3: State Laws Regarding Human Trafficking

This module includes lecture in this module, the participants will explore the differing state statutory structures for the crime of human trafficking.

**Approximate time for Module 3:** Module 3 will take between 7 and 12 minutes, depending upon the amount and types of activities used and the presenter's teaching style.

**Module 3 Learning Objective:** At the conclusion of this module, participants will be able to identify state statutory schemes for human trafficking.

## Module 4: Human Traffickers: Understanding the Perpetrators

This module includes lectures and a quiz. It assists the participants in understanding the perpetrators of the crime of human trafficking.

**Approximate Time for Module 4:** Module 4 will take between 1/4 and 1/2 hour, depending upon the amount and types of activities used and the presenters teaching style.

**Module 4 Learning Objectives:** At the conclusion of this module, participants will be able to:

- Summarize methods of human traffickers;
- Identify types of human traffickers; and
- Describe processes of domestic sex traffickers.

## Module 5: Understanding Human Trafficking Victims and Recruitment Methods

This module includes lectures, large group discussions, and small group discussions (if preferred). It helps the participants to understand international and domestic recruitment methods, and to define why law enforcement and prosecution don't charge more cases and why the trafficking victims don't escape.



Trafficking in Persons - Modern Day Slavery

**Approximate Time for Module 5:** Module 5 will take between 1/2 and 1 hour, depending upon the amount and types of activities used and the presenter's teaching style.

**Module 5 Learning Objectives:** At the conclusion of this module participants will be able to:

- Identify international recruitment methods of victims;
- ○ Differentiate how traffickers target domestic victims; and
- Define why victims don't escape.

## Module 6: Immigration and Human Trafficking Victims

This module includes lectures and a quiz. It assists the participants in understanding different ways that aliens enter the U.S. and immigration remedies available to certain classes of human trafficking victims (e.g. continued presence and T, U and S visas).

**Approximate Time for Module 6:** Module 6 will take between 1/3 and 1/2 hours, depending upon the amount and types of activities used and the presenter's teaching style.

**Module 6 Learning Objectives:** At the conclusion of this module, participants will be able to:

- ○ Identify ways that immigrant victims enter the country,
- ○ Differentiate different types of "aliens;" and
- Summarize different types of immigration remedies available to victims.

**Supporting Document:** In addition to the PowerPoint, slides printed three slides per page, the presenter may wish to use the following document:

- ○ Answers to Human Trafficking Questions found on http://tinyurl.com/NJC-Human-Trafficking.

## Module 7: Penalties, Sentencing Issues, Restitution and Forfeiture

This module includes lectures, a large or small group discussion, and a case study. It assists the participants in understanding the federal penalties for human trafficking-related crime, appropriate sentencing factors, different screening instruments for assessing the trafficker, and restitution and forfeiture requirements under federal law.

**Approximate Time for Module 7:** Module 7 will take between 1/2 and 1 hour depending upon the amount and types of activities used and the presenter's teaching style.

**Module 7 Learning Objectives:** At the conclusion of this module, participants will be able to:

- Identify the federal penalties for peonage, slavery, forced labor and trafficking;
- ○ Summarize sentencing factors that require consideration; and
- Locate resources for assessing the risk of offenders.

**Supporting Document:** In addition to the PowerPoint, slides printed three slides per page, the presenter may wish to use the following document:

- Case Study, Penalties for Financially Benefitting from Forced Labor, found on http://tinyurl.com/NJC-Human-Trafficking

## Sample PowerPoint Presentation on Labor Trafficking

- National Judicial College's "Labor Trafficking: What Judges Need to Know" by Professor Terry Coonan (presented at the NAWJ Annual Conference, October 2014)
  http://www.htcourts.org/wp-content/uploads/Binder_Labor_Trafficking_NAWJ_10-17-141.pdf

Trafficking in Persons - Modern Day Slavery

# APPENDICES

# Appendix A

## Feature Length Films and Documentaries

## Short Videos and Films

## Books and Periodicals

## Feature Length Films and Documentaries

### All the Invisible Children (2005)

Depicts use of children to fight wars. Limited release, some copies available on Amazon. (124 mins.)

### Amazing Grace (2007)

Based on the life of antislavery pioneer William Wilberforce. Widely available. (111 mins.)

### And Soon the Darkness (2010)

American girl goes missing in Argentina. Widely available. (91 mins.)

### Angels of the Sun (2006)

In 2002, 12-year-old Maria, living in dire poverty with her family, is sold by her fisherman father to prostitute recruiter Seu Tadeu. Available on YouTube: http://www.youtube.com/watch?v=UqPYUkWC7sk (92 mins.)

### Call + Response (2008)

Documentary on the child brothels of Cambodia to the slave brick kilns of rural India to reveal that in 2007, Slave Traders made more money than Google, Nike and Starbucks combined. madeinafreeworld.com/projects (86 mins.)

Trafficking in Persons - Modern Day Slavery

## Cargo: Innocence Lost (2007)

Explores how the business of sex trafficking has become a $9 billion dollar a year industry and why it still remains a shrouded crime in our nation. Available to stream on Amazon: http://www.amazon.com/Cargo-Innocence-Lost/dp/B001D48NGU/ref=sr_1_1?s=movies-tv&ie=UTF8&qid=1382575791&sr=1-1&keywords=cargo+innocence+lost  (75 mins.)

## Eden (2012)

A young Korean-American girl, abducted and forced into prostitution by domestic human traffickers, joins forces with her captors in a desperate plea to survive. Widely available. (98 mins.)

## Gate Keeper (2007)

A true to life drama based on US Border Patrol and D.E.A. reports highlighting human, labor, and drug trafficking. (100 mins.) http://gatekeeperproductions.com/purchase.html

## Human Trafficking (2005)

Drama about the brutal realities faced by women and children sold into sex-trafficking rings, and the immigration agents that work to bust the ring. Widely available. (176 mins.)

## "The Jammed" (2007)

Based on actual cases from court transcripts in Melbourne, Australia. Available to stream if googled. (89 mins.)

## Lives for Sale (2007)

A one-hour investigative documentary on illegal immigration. www.christiannewswire.com/news/30969817738.html  (58 mins.)

## Lilya 4-Ever (2002)

Lilya is 16 years old, she falls in love and is persuaded to leave home for a new life. Limited release. (109 mins.)

## "Lonely Pack" (2010)

Children living in poverty in Kathmandu, Nepal. Limited release. (48 mins.)

### Not for Sale (2007)

Based on the book Not For Sale by David Batstone, covers what modern-day abolitionists are doing to fight trafficking in the US and abroad. Available to buy at: http://www.notforsalefilm.com/buynow.html (117 mins.)

### "Not My Life" (2010)

Features testimony from survivors; depictions of trafficking, exploitation, and slavery in all parts of the world. Also available in shorter formats. http://notmylife.org/. (83 mins.)

### Rape For Profit (2012 Documentary)

An up-close look at the true nature of the U.S. sex trade. Available at: http://rapeforprofitfilm.com/ (86 mins.)

### Redlight (2009)

Documentary about child sexploitation. I.c. using footage smuggled out of brothels in Cambodia.

### Sacrifice (2007)

Examines the social, cultural, and economic forces at work in the trafficking of Burmese girls into prostitution in Thailand. http://www.brunofilms.com/films/sacrifice/ (50 mins.)

### Sex+Money: A National Search for Human Worth (2011 Documentary)

Documentary that follows a group of students as they travel across the USA, seeking to understand how the sexual exploitation of children has become the nation's fasting growing form of organized crime. Available at: http://sexandmoneyfilm.com/ (92 mins.)

### Sex Traffic (2004 TV Movie)

Available on YouTube: www.youtube.com/watch?v=Q19vj11u4ok&list=PLF98ADB64EC1D4135 (189 mins.)



Trafficking in Persons - Modern Day Slavery

---

### Shuttle (2008)

(107 mins.)

### Taken (2008)

Fictional Depiction - Widely Available. (93 mins.)

### TRADE (2007)

Fictional Depiction - Available at: http://www.tradethemovie.com/ (120 mins.)

### Trade of Innocents (2012)

A couple grieving the loss of their own daughter set out to rescue young girls sold into the sex slave trade. More information at: http://tradeofinnocents.com/ (90 mins.)

### Trafficked (2005)

Investigation by former Australian Federal Police Officer in mid-1990s. Australian, Thailand and Cambodian sex trade routes. (54 mins)

### Trapped (2007)

Documentary on Nigerian women coerced into prostitution. http://www.journeyman.tv/?lid=57743 (52 mins.)

### Virgin Harvest (2008)

Documentary about children enslaved in Cambodia. http://priorityfilms.com/harvest.html (112 mins)

### "The Whistleblower" (2010)

Fiction taking place in post-war Bosnia. (112 mins.)

### Nefarious: Merchant of Souls

Documentary that exposes the disturbing trends in modern international sex slavery. Order a DVD http://nefariousdocumentary.com/store/ (96 mins.)



Trafficking in Persons - Modern Day Slavery

**Not For Sale: The Documentary**

Based on the Book, Not for Sale by David Batstone. Order a DVD http://www.notforsalefilm.com/buynow.html (66 mins.)

**The Dark Side of Chocolate**

Documentary on human trafficking and child labor in the Ivory Coast fuels the worldwide chocolate industry. http://www.youtube.com/watch?v=7Vfbv6hNeng (47 mins.)

**Very Young Girls**

Very Young Girls is a documentary film that chronicles the journey of young women through the underground world of sexual exploitation in New York City. This document is available through Netflix. (83 mins.)

## Short Films and Videos

**What I Have Been Through is Not Who I Am**

ECPAT USA brings together a diverse set of experts from juvenile justice, law enforcement, advocates, and service providers to speak about the traumatic effects of commercial sexual exploitation of children. ecpatusa.org/wp/what-we-do-/helping-children-in-america/safe-harbor/witness-video-project or www.youtube.com/watch?v=BmmRTjoL3RO. To get a DVD, contact Carol Smolenski at csmolenskicecpatusa.org with your mailing address

**Making of a Girl by Girls Educational and Mentoring Services**

Hypothetical preteen girl faces life of sexual exploitation. Available on NetFlix or download from www.gems-girls.org. Find it on YouTube at http://youtube.com/playlist?list=PLrv2TKSyEsx2e5JBOKSxBKw27+Cg3nAc (5 mins)

**Daryl Hannah's human trafficking documentary "SOLD" (2006)**

Undercover to document the disturbing truth about modern-day slavery. Can be found on YouTube: http://www.youtube.com/watch?v=s_aBcUAJfC4 (12 mins.)

**Four Years in Hell (2001)**

The personal account of Chakkali Bal, who at the age of eleven was sold into prostitution by her aunt and "husband". (25 mins.)

*National Association of Women Judges* 

Trafficking in Persons - Modern Day Slavery

### Girls from Chaka Street (1997)

Story of Eva, a prostitute in Latvia, and many other underage girls like her. See more at: (15mins.)

### In the Name of Safety

This short documentary reveals how thousands of innocent people are jailed "for their own protection" in Bangladeshi prisons. The vast majority of them are women and children, many of the survivors of domestic abuse and rape. See more at: (23 min)

### International Boulevard

Produced by two teenagers from Oakland School of the Arts. The documentary recently won the 2013 Girls Impact the World Film Festival, and explores the problem of child sex trafficking in the SF Bay Area (California) of the U.S. https://www.youtube.com/watch?v=VYMWn4JsO00 (5mins)

### The Package: A Tale of Human Trafficking (2011 Short Film)

A young girl's life is turned upside down when she is abducted and forced into the world of human trafficking. Available on vimeo: http://vimeo.com/34446669 (20 mins.)

### Sisters and Daughters Betrayed(1996)

Video about the realities of sex trafficking and forced prostitution. See more at: (28 mins)

### Sold Children - Albania (2007)

Since the 1990s, an average of one child a week has vanished in Albania. Locals suspect the children are being sold abroad. Available on YouTube: http://www.youtube.com/watch?v=YkUvOjnwE-Q (10 mins)

### At The End of Slavery

Documentary takes you inside the brothels of the Philippines to the brick kilns of India. Order a DVD http://www.attheendofslavery.com/host-screening/get-copy.html (34 mins.)

### Dreams Die Hard

Documentary on labor and sex trafficking in USA. http://www.cultureunplugged.com/play/4985 (37 mins.)

These websites list some of the above movies and also feature some public service announcement videos: http://www.ice.gov/human-trafficking/psa.htm
http://americantree.blogspot.com/2013/05/best-films-on-human-trafficking.html



## Books and Periodicals

### Child Exploitation and Trafficking

Virginia M. Kendall & T. Markus Funk (2011)

The book provides the first comprehensive, practical introduction to the history and present-day reality of child sexual exploitation, as well as to the interconnected web of domestic and transnational federal laws and law enforcement efforts launched in response thereto. Relying on real-world examples, the authors offer prospective and descriptive practical advice and reform proposals aimed at those involved at all levels in this difficult area.

### Girls Like Us

by Rachel Lloyd (2011)

### Hidden Girl: The True Story of a Modern Day Slave

by Shyima Hall (2014)

### In Our Own Backyards: The Need for a Coordinated Judicial Response to Human Trafficking

by Hon. Toko Serita, 36 N.Y.U. Rev. L. & Soc. Change 635 (2012)

### Lawyer's Manual on Human Trafficking: Pursuing Justice for Victims

Edited by Jill Laurie Goodman and Dorchen A. Leidoldt (2011) Published by the Appellate Division, First Department, Supreme Court of the State of New York and the NYS Judicial Committee on Women in the Courts.

### A Piece of Cake: A Memoir

by Cupcake Brown (2007)

### Pimpology: The 48 Laws of the Game

by Pimpin Ken and Karen Hunter (2008)

### Renting Lacy: A Story of America's Prostituted Children

by Linda Smith (2009)

Trafficking in Persons - Modern Day Slavery

**Runaway Girl: Escaping Life on the Streets**

by Carissa Phelps and Larkin Warren (2012)

**The Slave Across the Street**

by Theresa Flores (2010)

**Somebody's Daughter: The Hidden Story of America's Prostituted Children and the Battle to Save Them**

by Julian Sher (2013)

# Appendix B

## NAWJ Human Trafficking Survey

## National Association of Women Judges
## Human Trafficking Survey Findings

Human trafficking is an emerging issue that has received increasing attention within federal, state and local governments and the courts. In February 2014, NAWJ's Human Trafficking committee administered a survey to the NAWJ membership to learn about members' experiences with human trafficking cases. This short report presents the summary findings from that survey.

## The Survey

The survey, which included a mix of forced-choice and open-ended questions, was completed by 92 individuals. Some of the survey questions, however, were not relevant to all of those individuals and some questions respondents elected not to answer. Thus, the number of respondents used to calculate the proportions in the charts below vary.

## The Respondents

The survey asked a few questions of respondents to understand what background they brought to their answers. This included questions, for example, about (1) the type of court or organization in which the respondents are working or had worked, (2) respondents' level of knowledge about human trafficking, and (3) what direct or indirect experience they have had with cases involving human trafficking issues.

As shown in Exhibit 1, more than three-fourths of the respondents (78.2%) were working or had worked in a state/local court setting. A few represented the federal courts, immigration courts and administrative law courts. Among the "other" respondents were representatives from regulatory agencies and dispute resolution centers.



Exhibit 1: Respondents' Court/Organization Type (n=87)

4.6% 4.6%
5.7%
6.9%
78.2%

■ State/local court ■ Federal court ■ Immigration court ■ Administrative law court ■ Other

33     *National Association of Women Judges*

Trafficking in Persons - Modern Day Slavery

As a group, respondents were not very knowledgeable about human trafficking issues. As shown in Exhibit 2, for example, more than two-thirds of respondents (69.6%) reported knowing very little or nothing at all about human trafficking and the issues it presents for the courts. Only somewhat more than a quarter of respondents (28.3%) were somewhat or very knowledgeable about the topic and the remainder (2.2%) were not certain about their level of knowledge.

Approximately half of respondents (48.9%) reported having presided over one or more cases that involved human trafficking issues or that appeared to involve human trafficking issues. An additional 13.0 percent of respondents had experience with a case or cases involving human trafficking issues in a non-decision maker capacity. For all of these respondents, a small proportion (8.8%) had worked with labor trafficking cases only (Exhibit 3), while the majority (54.4%) had worked with sex trafficking cases only. Some 17.5 percent of respondents had worked on both labor and sex trafficking cases and the remainder (19.3%) were not certain whether the cases with which they had experience involved sex or labor trafficking issues.



Exhibit 2: Respondents' Level of Knowledge About Human Trafficking (n=92)



Exhibit 3: Types of Cases with which Respondents Have Had Experience (n=57)

## Human Trafficking Case Characteristics

One survey question included a list of characteristics and asked respondents to check those that, based on their experience, they would associate with human trafficking. These characteristics are displayed in Exhibit 4 below.



Exhibit 4: Characteristics Respondents Associate with Human Trafficking Cases (n=90)

Among the "other" characteristics respondents associated with human trafficking cases were (1) immigration issues, (2) forced labor, (3) juvenile dependency, and (4) mental health problems. As clearly evidenced in Exhibit 4, there are clearly many case types that come before the court that could involve human trafficking issues.

The survey also asked respondents about the demographics and immigration status of the victims and perpetrators in the cases involving human trafficking issues (Exhibit 5).



Exhibit 5: Characteristics of Perpetrators and Victims in Human Trafficking Cases (n=57)

Among respondents to these questions, all (100%) reported that the cases involved male, adult perpetrators, although some of the cases also included female perpetrators. Further, 86 percent of respondents said that they knew about cases that involved U.S. citizen perpetrators, and 35.1% knew about cases that involved non-U.S. citizen perpetrators.

As for victims, 96.5% of the respondents, reported knowing about cases with human trafficking issues involving female victims, while only 21.2 % reported knowing about cases involving male victims. Equal proportions of respondents (70.2%) reported knowing about cases involving minor victims and adult victims. Males were reported to be human trafficking victims much less frequently by respondents (21.2%). Lastly, respondents reported a mix of U.S. and non-U.S. citizens as victims in these cases.

Trafficking in Persons - Modern Day Slavery

In terms of the actions respondents said they were able to take for victims in the human trafficking cases they experienced, Exhibit 6 shows that 45.5 percent were able to refer victims to legal services, the most frequently mentioned action. About a third of respondents were able to refer victims to support services (32.7%) and 30.1 percent were able to refer the victim to social services. Only about a fifth of respondents (21.8%) reported being able to remove the victim from the trafficker's influence and 30.9 percent of respondents reported not taking any actions regarding the victims. A few respondents mentioned taking other actions, which included, for example, referrals to child welfare and a trafficking/prostitution coordinator. A few respondents also noted that the victims were already receiving social services through probation or foster care.



Exhibit 6: Steps Respondents Were Able to Take for Victims in Human Trafficking Cases (n=55)

The survey additionally sought to link what respondents saw as the service needs of human trafficking victims with what was provided. This comparison, shown in Exhibit 7 on the following page, illustrates a large gap between what judicial officers saw as the service needs of victims and what they were able to provide. Of course we do not know whether this reflects the lack of services available in a jurisdiction or the limitations created by the type of case before the court.

Based on the information in Exhibit 7, the top five service needs of human trafficking victims in the experience of the respondents were (1) counseling, (2) housing, (3) mental health services, (4) medical care, and (5) substance abuse treatment and attorney services (tie). All of these services were mentioned by more than 50 percent of respondents. Among the other services specifically listed in the survey, all of them were checked as service needs by more than a fifth of respondents, partially indicating the complexity of cases involving human trafficking issues and the wide range of litigants in human trafficking cases.

The five service referrals respondents most frequently reported as being able to make were (1) referral to or appointment of an attorney (38.3%), (2) referral to mental health services, (3) referral to counseling (25.0%) or to a victim advocate/witness group (25.0%), and (5) referral to substance abuse treatment services (23.3%).



Exhibit 7: Service Needs Respondents Observed and
Referrals They Made in Human Trafficking Cases
(n= 60)

Trafficking in Persons - Modern Day Slavery

## Responses to Human Trafficking

A final survey question asked respondents what steps their jurisdictions had taken to handle victims of human trafficking. As shown in Exhibit 8, a third of respondents (33.3%) did not know what steps their jurisdictions had or were taking and another 25.0 percent answered their jurisdiction had not taken any steps to address human trafficking. Of those respondents who checked one of the survey options, the most frequently mentioned action (17.9%) was to establish a working group to define the steps needed.



As noted in the exhibit, however, a fifth of respondents (21.4%) mentioned other things their jurisdictions have done or are doing to address human trafficking. This included judicial training, collaboration with other justice agencies, or actions by the courts' partners in the justice system. A few comments from respondents illustrate the range of activities jurisdictions have initiated to address human trafficking:

- We have established a special police Human Trafficking Unit which is responsible for the safety/support of victims.

- The jurisdiciton has established a "protocol" for handling suspected cases, but it is not well developed.

- We have established a Task Force on Commercially Sexually Exploited Children (CSEC), victim-centered, that is training employees of schools, law enforcement, prosecutors and defense attorneys, service providers, hospitals, advocates, probation counselors, Children's Administration, and others to identify CSEC.

- We are just recognizing that there are issues in our area with sex trafficking. The police are better educated than the judges are about this area. I have been requesting more judicial education on this.

- Our state and local women's bar and other bar associations began presenting CLE programs to raise awareness of human trafficking issues and help other judges and lawyers spot the signs.

The comments suggest that there is a wide range of activities taking place in jurisdictions across the nation to address the needs of human trafficking victims. Many of these activities are taking place within the broader justice system and not just within the courts. Moreover, the comments respondents made to this survey indicate they would like to see more cross-agency collaboration in addressing victims' needs and more training about how to identify and address the needs of victims in cases that involve or appear to involve human trafficking issues.

# Appendix C

## Sample Press Release and Media Release Forms

## Sample Press Release

The National Association of Women Judges

**PRESS RELEASE**
**FOR RELEASE ON (DATE)**

### National Association of Women Judges
### to Introduce Human Sex Trafficking - Modern Day Slavery Program

The National Association of Women Judges will present Human Trafficking - Modern Day Slavery on (Date), at (Specific Location).  The purpose of this program is to inform the legal community and those who use it, about trafficking, the victims, the perpetrators and the business model.

[Describe Speaker(s) here.]

For further information, contact:

**The NAWJ National Office**

**1112 16th Street, NW, Suite 520**

**Washington, DC 20036**

**Tel:  202-393-0222**

**Fax:  202-393-0125**

**E-mail:  nawj@nawl.org**

Trafficking in Persons - Modern Day Slavery

# Sample Media Release Form

I, _____, give my permission to be photographed and filmed while participating in the National Association of Women Judges, Human Sex Trafficking - Modern Day Slavery program in (city and state) during (dates).

In addition, any interviews, photographs, and film relating to the Human Sex Trafficking - Modern Day Slavery program may be used in any National Association of Women Judges sponsored or co-sponsored publications.

_____                    _____

Participant                                                      Date

# Appendix D

## Sample Program Evaluation Form and Sign In Sheet



## TRAFFICKING IN PERSONS – MODERN DAY SLAVERY
Date/Time/Location

### PROGRAM EVALUATION FORM

**Provider:** National Association of Women Judges
**Address:** 1001 Connecticut Avenue, NW, Suite 1138,
Washington, D.C. 20036, Tel: (202) 393-0222 Fax: (202) 393-0125

*Directions: Please mark the appropriate box to indicate your evaluation of this course.*
(Use back page if more space is need)                                                       YES        NO

1. Did this program meet your educational objectives?                                    { }      { }
   Comments: _____
2. Did the presentations have a positive influence on your learning experience?          { }      { }
   Comments: _____
3. Were you provided with substantive written materials?                                 { }      { }
   Comments: _____
4. Did the course update you as to your legal and ethical responsibilities?              { }      { }
   Comments: _____
5. Did the course contain significant current professional content?                      { }      { }
   Comments:

*Please rate the speaker on a scale of 1 to 5 (1 being the lowest; 5 being the highest).*

|  | Overall Teaching Effectiveness | Effectiveness of Teaching Methods | Significant Current Knowledge of Subject |
|---|---|---|---|
| Instructor's Name: <br> Subject/Topic: _____ <br> Comments: | 5 4 3 2 1 | 5 4 3 2 1 | 5 4 3 2 1 |
| Instructor's Name: <br> Subject/Topic: _____ <br> Comments: | 5 4 3 2 1 | 5 4 3 2 1 | 5 4 3 2 1 |
| Instructor's Name: <br> Subject/Topic: _____ <br> Comments: | 5 4 3 2 1 | 5 4 3 2 1 | 5 4 3 2 1 |
| Instructor's Name: <br> Subject/Topic: _____ <br> Comments: | 5 4 3 2 1 | 5 4 3 2 1 | 5 4 3 2 1 |

*Name of Participant (optional):* _____

# Appendix E

## Legal Precedents

### Human Trafficking Information

www.unodc.org/cld/index.jspx (Click on U.S.)

This website gives almost 150 case explanations of human trafficking instances in the United States. You can filter to find cases by verdict, victim gender and nationality as well as the latest court rulings. You can search through cases based on custom criteria. Charges, decisions and the term of imprisonment is available. There are also additional sources, citations and attachments associated with each case.

http:www.americanbar.org/publications/judges_journal/2013/winter/human_trafficking_and_domestic_violence_a_primer_for_judges.html

In this article, "Human Trafficking and Domestic Violence – A Primer for Judges" Dorchen A. Leidholdt, Director of the Center for Battered Women's Legal Services, Sanctuary for Families, discusses the connection beween human trafficking and domestic violence and provides guidance to judges in how to handle cases involving both.

http://www.law.umich.edu/clinical/humantraffickingclinicalprogram/pages/default.aspx
media.virbcdn.com/files/67/a87546cf7331b5da-OurGreatHobby.pdf

The University of Michigan Law School is currently offering a clinical program to educate attorneys to more practically assist human trafficking victims. The program also is creating and maintaining a database of recent trafficking related lawsuits and prosecutions in the US. You can contact them via their request form if you would like more information about how to access their database.

www.caase.org

Chicago Alliance against Sexual Exploitation (CAASE) research report; provides analysis of online networks for buyers of sex in Illinois. The CAASE website offers many resources for information regarding sex trafficking.

http://equalitynow.org/our-work/trafficking

Equality Now is dedicated to ending violence and discrimination against women and girls around the world. This site provides current information on US and foreign efforts to address human trafficking.

http://catwinternational.org

This site provides information on best practices and resources both in the US and abroad.

# Appendix F

## Legislation

### Human Trafficking Information

As of today there are 49 states that have some form of human trafficking legislation. Differences from state to state include the severity of punishment, who is punished, and how victims are treated. There are several websites devoted to comparing how each state ranks on these issues.

These websites provide a synopsis of the current federal laws that are in place throughout the U.S.

http://www.polarisproject.org/what-we-do/policy-advocacy/national-policy/current-federal-laws

This website summarizes the key federal legislation that exists to address human trafficking. It also rates all 50 states and the District of Columbia on ten categories of laws that are critical to a basic legal framework that combats human trafficking, punishes traffickers, and supports survivors.

http://www.centerwomenpolicy.org/programs%5Ctrafficking%5Cmap/default_flash.asp/

The Center for Women Policy Studies site has an interactive map that allows you to learn about the different statutes in place in each state. You can click on each state and it takes you directly to a page that explains all the statutes that exist in that state.

www.polarisproject.org/what-we-do/policy-advocacy/national-policy/state-ratings-on-human-trafficking-laws

This website gives ratings on how well each state is enforcing laws and assisting/protecting victims. Towards the bottom of the page, there is a list of the states that follow a list of ten different criteria (rating criteria is explained directly above list of states) related to human trafficking. You can click on each state and read a report of statutes that exist in each state.

http://sharedhope.org/whatwedo/bringjustice/reportcards/

This "Shared Hope" site offers an interactive map allowing users to look at states based on their overall HT legislative performance, criminalization of domestic minor sex trafficking, criminal provisions addressing demand, and so forth. You can also look further into each state to review their report cards dating back to 2011 and read recommendation reports that evaluate how each state can improve.

http://www.americanbar.org/publications/judges_journal/2013/winter/the_state_of_state_humantrafficking_laws.html

This article is an excellent overview of how the statutes require enforcement from prosecutors and judges. It identifies a study conducted by the Urban Institute and Northeastern University that points out major weaknesses in regard to how few of these cases are being tried. Additionally, it outlines what can be done to put the existing statutes to good use.

http://www.law.umich.edu/clinical/humantraffickingclinicalprogram/Pages/default.aspx

The University of Michigan Law School is currently offering a clinical program to educate attorneys to more practically assist human trafficking victims. The program also is creating and maintaining a database of recent trafficking related lawsuits and prosecutions in the US. You can contact them via their request form if you would like more information about how to access their database.

# Appendix G

## Uniform Act on Prevention of and Remedies for Human Trafficking

Drafted by the

NATIONAL CONFERENCE OF COMMISSIONERS

ON UNIFORM STATE LAWS

APPROVED AND RECOMMENDED FOR ENACTMENT

IN ALL THE STATES

at its

ANNUAL CONFERENCE

MEETING,

BOSTON, MASSACHUSETTS,

JULY 6 - JULY 12, 2013

www.uniformlawcommission.com

Trafficking in Persons - Modern Day Slavery

# Appendix H

Websites

Workshops and Curricula

Reports

References

## Websites

### National Judicial College

www.judges.org

The National Judicial College website offers numerous webinars and training programs devoted to human trafficking.

### Human Trafficking: What Judges Need to Know

http://www.htcourts.org/wp-content/uploads/HT-Instructor-Guide.pdf?TrainingMaterials=What-Judges-Need-to-Know-Instructor-Guide

This link is to a comprehensive "train the trainer program" for judges interested in learning more about human trafficking. It includes break out modules on different aspects of human trafficking.

### Human Trafficking and the State Courts Collaborative

www.htcourts.org

This website provides up-to-date information, reports, studies and tools to help policy makes, practitioners, judges, and researchers more effectively address human trafficking issues.

### New York State Anti-Trafficking Coalition

http://stophumantraffickingny.wordpress.com

This site includes current information on laws, pending legislation, educational programs, resources, and current events in the news.



**National Center for Justice Planning**

http://ncjp.org/content/human-trafficking-webinars (50 mins each)

This offers webinars discussing ways to implement demand reduction techniques.

**Colombia University**

http://web.law.columbia.edu/attorneys-general/policy-areas/human-trafficking

"The National State Attorneys General Program at Columbia Law School is dedicated to supporting state attorneys general as they tackle the persistent and complex problem of human trafficking. The ability of attorneys general to work with federal, state and local prosecutors and policy makers gives them a unique role in prosecuting human traffickers, assisting trafficking victims and developing state based policies. As the premier legal research, education-and-policy center examining the implications of the jurisprudence of state attorneys general, the Program will work closely with attorneys general, their staff, and advocates who seek to address the trafficking issue. This site will be used to disseminate legal information that state attorneys general can use in combating human trafficking."

**Anti-Trafficking Task Force Strategy and Operation E-Guide**

http://www.ovcttac.gov/TaskForceGuide/EGuide/

This site has links to specific recommendations, legislation in each state, resources for prosecutors. Expanded in 2014 to provide practical information on the creation and day-to-day operations of task forces and ways to identify victims.

**U.S. Citizenship and Immigration Services**

http://www.uscis.gov/portal/site/uscis/

This site addresses immigrants who have been victims of human trafficking and ways to assist them with their visas.

**Homeland Security**

www.dhs.gov/awareness-training

Offers insight for law enforcement to recognize victims.

**Office of Victims of Crime (OVC)**

http://ovc.ncjrs.gov/humantrafficking/

Use this mobile-friendly portal to access articles and funding opportunities for those engaged in the anti-trafficking movement.



Trafficking in Persons - Modern Day Slavery

**National Youth Law Center**

www.youthlaw.org

This site focuses on the safety, stability, and wellbeing of abused and neglected children.


# Workshops and Curricula

http://sowerseducationgroup.com/

This website provides resources for human trafficking victims and service providers. It was founded by Rachel Thomas, a survivor of sex trafficking, who was recruited into the life when she responded to an ad from a modeling agency while attending college. It includes "Ending the Game" a new curriculum designed to reduce feelings of attachment to a trafficker and/or a lifestyle involving commercial sexual exploitation with the goal of reducing the rate of recidivism among sex trafficking victims. The website offers resources to also prevent human trafficking and to help youth navigate in a media driven society which often glamorizes sexual exploitation.


*In California:*

Administration Office of the CA Courts, Briefing 2012 Human Trafficking Cases in California's Courts: Successful Practices in the Emerging Field of Human Trafficking, by Dr. Bacharach, A.
http://www.courts.ca.gov/documents/AOCBrief_Human_Trafficking.pdf


California Child Welfare Council and National Youth Law Organization: "Ending the Commercial Sexual Exploitation of Children (CSEC): A Call for Multi-System Collaboration in California"
http://www.chhs.ca.gov/pages/generalinformation.aspx


California Department of Justice Human Trafficking Report
http://oag.ca.gov/sites/all/files/agweb/pdfs/ht/human-trafficking-2012.pdf


AOC Briefing: The Effects of Complex Trauma on Youth
http://www.courts.ca.gov/documents/effects-complex-trauma-on-youth-briefing.pdf


# Reports

"Coordination, Collaboration, Capacity: Federal Strategic Action Plan on Services for Victims of Human Trafficking in the United States, 2013-2017"
www.ovc.gov/pubs/FederalHumanTraffickingStrategicPlan.pdf



"Ending Violence So Children Can Thrive"
http://www.justice.gov/sites/default/files/defendingchildhood/pages/attachments/2014/11/18/
finalaiareport.pdf


"Close to Slavery: Guestworker Programs in the United States"
http://www.splcenter.org/get-informed/publications/close-to-slavery-guestworker-programs-in-the-united-states


## References

National Institute of Justice funded this publication on Labor Trafficking:
https://www.ncjrs.gov/pdffiles1/nij/grants/248461.pdf


"Understanding the Organization, Operation, and Victimization Process of Labor Trafficking in the United States" October 2014, Urban Institute
http://nij.gov/publications/pages/publication-detail.aspx?ncjnumber=248461&&utm_source=eblast-ncjrs&utm_medium=eblast&utm_campaign=labor-trafficking


VERA Institute of Justice "Out of the Shadows: A tool for the Identification of Victims of Human Trafficking"
http://www.vera.org/pubs/special/human-trafficking-identification-tool


The Institute of Medicine and the National Research Council released a lengthy and comprehensive guide (2013) to the report "Confronting Commercial Sexual Exploitation and Sex Trafficking of Minors in the United States."
http://www.iom.edu/Reports/2013/Confronting-Commercial-Sexual-Exploitation-and-Sex-Trafficking-of-Minors-in-the-United-States.aspx

